IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD ALAN AIELLO,<br>   Petitioner, | )<br>)<br>) | |
| vs. | )<br>) | Civil Action No. 11-69 |
| BRIAN COLEMAN, et al.,<br>   Respondents. | )<br>)<br>) | |

## O R D E R

AND NOW, this 31st day of May, 2012, after the petitioner, Ronald Alan Aiello, filed a petition for a writ of habeas corpus, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties a period of time after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the petition and the record and upon consideration of the Magistrate Judge's Report and Recommendation (ECF No. 15), which is adopted as the opinion of this Court,

IT IS ORDERED that the petition for a writ of habeas corpus filed by petitioner Ronald Alan Aiello (ECF No. 1) is denied and, because reasonable jurists could not conclude that a basis for appeal exists, a certificate of appealability is denied.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure if the petitioner desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

        /s/ Joy Flowers Conti
Joy Flowers Conti
United States District Judge

cc:    Ronald Alan Aiello
       ET-4948
       SCI Fayette
       Box 9999
       50 Overlook Drive
       LaBelle, PA 15450-1050